IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
FEB 26 2004
MARY L. M. MORAN
CLERK OF COURT

Alexander Blanco Kitano, pro se,
    PETITIONER,

Vs.

Frank Ishizaki, Director,
Department of Corrections; et al.,
    RESPONDENT.

Case No. 04-00007

## MOTION TO PROCEED IN FORMA PAUPERIS

PETITIONER Alexander Blanco Kitano, pro se, pursuant to 28 U.S.C. §1915 respectfully moves this Honorable Court for an order petitioning him to proceed without prepayment of fees and costs or security. Petitioner has attached a Declaration In Support of this motion.

Respectfully submitted,

_____
Alexander Blanco Kitano
Prison Reg. No. 80362-011
United States Penitentiary
P. O. Box 1000
Lewisburg, PA 17837-1000

ORIGINAL

# United States District Court

_____ DISTRICT OF _____

Alexander Blanco Kitano, pro se,
       Petitioner,

V.

Frank Ishizaki, Director, Department
of Corrections; et al.,
       Respondent.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER:

I, Alexander Blanco Kitano, #80362-011, declare that I am the (check appropriate box)

[X] petitioner/plaintiff      [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant      [X] parole matters (2254 motion)
                                                          other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                    Yes [X]      No [ ]

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

        About $30.00 (Grade three pay) a month;
        United States Penitentiary
        P.O. Box 1000
        Lewisburg, PA 17837-1000

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or other form of self-employment      Yes [ ]    No [X]
    b. Rent payments, interest or dividends?      Yes [ ]    No [X]
    c. Pensions, annuities or life insurance payments?      Yes [ ]    No [X]
    d. Gifts or inheritances?      Yes [ ]    No [X]
    e. Any other sources?      Yes [ ]    No [X]

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Start Date: 08/09/2003
End Date: 02/09/2004
Inmate Reg#: 80362011
Account Status: All
Institution: All

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 80362011 | Living Quarters: | E03-308L |
| Inmate Name: | KITANO, ALEXANDER BLANCO | Arrived From: | |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| Housing Unit: | UNT 3-CODE | Account Creation Date: | 3/15/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| LEW | 01/08/2004 10:50:18 AM | ITS0112 | | Conversion | $25.11 | | $25.11 |
| LEW | 01/12/2004 05:00:12 PM | ITS0112 | | ITS Withdrawal | ($2.00) | | $23.11 |
| LEW | 01/15/2004 09:01:39 PM | ITS0115 | | ITS Withdrawal | ($3.00) | | $20.11 |
| LEW | 01/26/2004 08:14:00 PM | ITS0126 | | ITS Withdrawal | ($5.00) | | $15.11 |
| LEW | 01/28/2004 08:18:00 PM | ITS0128 | | ITS Withdrawal | ($5.00) | | $10.11 |
| LEW | 02/03/2004 08:35:41 AM | 4JV042 | | Payroll - IPP | $31.62 | | $41.73 |
| LEW | 02/05/2004 09:03:12 PM | ITS0205 | | ITS Withdrawal | ($1.00) | | $40.73 |
| **Total Transactions:** | **7** | | | **Totals:** | **$40.73** | **$0.00** | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | $40.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40.73 |
| **Totals:** | **$40.73** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$40.73** |

Account # 80362011

KITANO, ALEXANDER B
UNIT 3/E-3

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 5.12 | .00 | .00 | .00 | 5.12 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 49C036 | 19:13 | 09-27-03 | DEPOSIT ITS FUNDS | 5.00- | .12 |
| OCT03P | 9:16 | 10-01-03 | PERFORMANCE PAY | 33.47 | 33.59 |
| SEP03P | 15:25 | 10-01-03 | PERFORMANCE PAY | 25.00 | 58.59 |
| 4A6A29 | 17:13 | 10-03-03 | DEPOSIT ITS FUNDS | 8.00- | 50.59 |
| 4ADCD0 | 16:44 | 10-06-03 | DEPOSIT ITS FUNDS | 3.00- | 47.59 |
| 4AF00B | 21:37 | 10-06-03 | DEPOSIT ITS FUNDS | 3.00- | 44.59 |
| 4B08CB | 20:45 | 10-07-03 | DEPOSIT ITS FUNDS | 4.00- | 40.59 |
| 4B7E97 | 19:35 | 10-11-03 | DEPOSIT ITS FUNDS | 6.00- | 34.59 |
| VR0214 | 11:52 | 10-15-03 | COMMISSARY FORM | 10.00- | 24.59 |
| VR0215 | 11:52 | 10-15-03 | COMMISSARY FORM | 7.50- | 17.09 |
| 4C0F88 | 16:43 | 10-17-03 | DEPOSIT ITS FUNDS | 3.00- | 14.09 |
| 4C2182 | 6:03 | 10-18-03 | DEPOSIT ITS FUNDS | 1.00- | 13.09 |
| 4D1422 | 16:43 | 10-29-03 | DEPOSIT ITS FUNDS | 3.00- | 10.09 |
| 4D6013 | 20:14 | 11-01-03 | DEPOSIT ITS FUNDS | 2.00- | 8.09 |
| NOV03P | 10:10 | 11-03-03 | PERFORMANCE PAY | 21.60 | 29.69 |
| REQ002 | 14:39 | 11-03-03 | COMMISSARY FORM | 12.50- | 17.19 |
| 4DA385 | 19:54 | 11-03-03 | DEPOSIT ITS FUNDS | 4.00- | 13.19 |
| 4DBAF6 | 17:02 | 11-04-03 | DEPOSIT ITS FUNDS | 3.00- | 10.19 |
| 4E8BBC | 20:11 | 11-10-03 | DEPOSIT ITS FUNDS | 3.00- | 7.19 |
| 4EB21B | 21:25 | 11-11-03 | DEPOSIT ITS FUNDS | 4.00- | 3.19 |
| 4EDC81 | 19:30 | 11-13-03 | DEPOSIT ITS FUNDS | 3.00- | .19 |
| DEC03P | 14:26 | 12-01-03 | PERFORMANCE PAY | 22.32 | 22.51 |
| 50A92B | 16:49 | 12-01-03 | DEPOSIT ITS FUNDS | 2.00- | 20.51 |
| 50B36A | 18:57 | 12-01-03 | DEPOSIT ITS FUNDS | 3.00- | 17.51 |
| 5113CB | 18:37 | 12-04-03 | DEPOSIT ITS FUNDS | 4.00- | 13.51 |
| 520495 | 17:36 | 12-12-03 | DEPOSIT ITS FUNDS | 3.00- | 10.51 |
| 5361F7 | 21:37 | 12-24-03 | DEPOSIT ITS FUNDS | 3.00- | 7.51 |
| 53EF01 | 20:55 | 12-29-03 | DEPOSIT ITS FUNDS | 2.00- | 5.51 |
| 53F7EC | 16:33 | 12-30-03 | DEPOSIT ITS FUNDS | 2.00- | 3.51 |
| 54004D | 20:21 | 12-30-03 | DEPOSIT ITS FUNDS | 3.00- | .51 |
| JAN04P | 10:56 | 01-02-04 | PERFORMANCE PAY | 30.60 | 31.11 |
| 5466B0 | 21:23 | 01-02-04 | DEPOSIT ITS FUNDS | 3.00- | 28.11 |
| 54CAAB | 21:32 | 01-05-04 | DEPOSIT ITS FUNDS | 3.00- | 25.11 |

**** TRANSACTION TOTAL ****    19.99

| ------ENDING------ | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 25.11 | .00 | .00 | .00 | 25.11 |

Account # 80362011

KITANO, ALEXANDER B  
UNIT 3/E-3

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | .43 | .00 | .00 | .00 | .43 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| OCT02P  | 9:54  | 10-01-02 | PERFORMANCE PAY    | 17.28  | 17.71 |
| 3292BF  | 19:58 | 10-01-02 | DEPOSIT ITS FUNDS  | 7.00-  | 10.71 |
| 32A707  | 20:33 | 10-02-02 | DEPOSIT ITS FUNDS  | 5.00-  |  5.71 |
| 32DCA2  | 18:28 | 10-05-02 | DEPOSIT ITS FUNDS  | 5.00-  |   .71 |
| NOV02P  | 11:22 | 11-01-02 | PERFORMANCE PAY    | 5.25   |  5.96 |
| 344E5A  | 18:22 | 11-01-02 | DEPOSIT ITS FUNDS  | 5.00-  |   .96 |
| JAN03P  |  9:50 | 01-02-03 | PERFORMANCE PAY    | 35.20  | 36.16 |
| 385D85  | 17:15 | 01-02-03 | DEPOSIT ITS FUNDS  | 6.00-  | 30.16 |
| 386980  | 21:47 | 01-02-03 | DEPOSIT ITS FUNDS  | 5.00-  | 25.16 |
| 388FDD  | 19:56 | 01-04-03 | DEPOSIT ITS FUNDS  | 5.00-  | 20.16 |
| 38A321  | 20:19 | 01-05-03 | DEPOSIT ITS FUNDS  | 5.00-  | 15.16 |
| 38A62B  | 21:44 | 01-05-03 | DEPOSIT ITS FUNDS  | 5.00-  | 10.16 |
| 38CE5E  | 17:15 | 01-08-03 | DEPOSIT ITS FUNDS  | 5.00-  |  5.16 |
| 38E21E  | 19:25 | 01-09-03 | DEPOSIT ITS FUNDS  | 5.00-  |   .16 |
| T08381  | 14:14 | 01-30-03 | MONEY ORDER        | 20.00  | 20.16 |
| 39EDDF  | 17:02 | 01-30-03 | DEPOSIT ITS FUNDS  | 5.00-  | 15.16 |
| 39F0DF  | 20:05 | 01-30-03 | DEPOSIT ITS FUNDS  | 1.00-  | 14.16 |
| 39F686  | 16:54 | 01-31-03 | DEPOSIT ITS FUNDS  | 4.00-  | 10.16 |
| 39FCB6  | 21:40 | 01-31-03 | DEPOSIT ITS FUNDS  | 5.00-  |  5.16 |
| 3A173F  |  7:23 | 02-02-03 | DEPOSIT ITS FUNDS  | 5.00-  |   .16 |
| FEB03P  | 10:06 | 02-03-03 | PERFORMANCE PAY    | 23.52  | 23.68 |
| 3A3A55  | 20:28 | 02-03-03 | DEPOSIT ITS FUNDS  | 3.00-  | 20.68 |
| 3A48FF  | 18:20 | 02-04-03 | DEPOSIT ITS FUNDS  | 5.00-  | 15.68 |
| 3A60AE  | 20:20 | 02-05-03 | DEPOSIT ITS FUNDS  | 5.00-  | 10.68 |
| 3A89CE  | 21:39 | 02-07-03 | DEPOSIT ITS FUNDS  | 5.00-  |  5.68 |
| 3A9803  | 17:00 | 02-08-03 | DEPOSIT ITS FUNDS  | 5.00-  |   .68 |
| MAR03P  | 10:38 | 03-03-03 | PERFORMANCE PAY    | 22.32  | 23.00 |
| 3C418D  | 20:24 | 03-06-03 | DEPOSIT ITS FUNDS  | 5.00-  | 18.00 |
| 3C4DE5  | 17:40 | 03-07-03 | DEPOSIT ITS FUNDS  | 5.00-  | 13.00 |
| 3C9371  | 21:40 | 03-10-03 | DEPOSIT ITS FUNDS  | 3.00-  | 10.00 |
| 3C93EC  | 21:58 | 03-10-03 | DEPOSIT ITS FUNDS  | 3.00-  |  7.00 |
| 3CE35D  | 17:27 | 03-15-03 | DEPOSIT ITS FUNDS  | 4.00-  |  3.00 |
| 3D1A35  | 21:26 | 03-18-03 | DEPOSIT ITS FUNDS  | 3.00-  |   .00 |
| APR03P  | 10:45 | 04-01-03 | PERFORMANCE PAY    | 20.16  | 20.16 |
| 3DCAD3  | 17:56 | 04-01-03 | DEPOSIT ITS FUNDS  | 5.00-  | 15.16 |
| 3DE06E  | 17:22 | 04-02-03 | DEPOSIT ITS FUNDS  | 5.00-  | 10.16 |
| 3DFD47  | 20:20 | 04-03-03 | DEPOSIT ITS FUNDS  | 5.00-  |  5.16 |
| 3E8C22  | 18:24 | 04-11-03 | DEPOSIT ITS FUNDS  | 5.00-  |   .16 |
| T13967  | 13:00 | 04-23-03 | MONEY ORDER        | 50.00  | 50.16 |
| 3F4577  | 17:03 | 04-23-03 | DEPOSIT ITS FUNDS  | 6.00-  | 44.16 |
| 3F5502  | 19:24 | 04-24-03 | DEPOSIT ITS FUNDS  | 4.00-  | 40.16 |

Account # 80362011

KITANO, ALEXANDER B
UNIT 3/E-3

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 3F5958 | 21:25 | 04-24-03 | DEPOSIT ITS FUNDS | 2.00- | 38.16 |
| 3F6341 | 20:30 | 04-25-03 | DEPOSIT ITS FUNDS | 2.00- | 36.16 |
| 3F654D | 21:19 | 04-25-03 | DEPOSIT ITS FUNDS | 2.00- | 34.16 |
| 3F671C | 7:13 | 04-26-03 | DEPOSIT ITS FUNDS | 2.00- | 32.16 |
| 3F7055 | 19:19 | 04-26-03 | DEPOSIT ITS FUNDS | 6.00- | 26.16 |
| 000019 | 15:49 | 04-28-03 | SALE / REGULAR | 19.90- | 6.26 |
| 3F8809 | 20:15 | 04-28-03 | DEPOSIT ITS FUNDS | 6.00- | .26 |
| MAY03P | 9:35 | 05-01-03 | PERFORMANCE PAY | 22.32 | 22.58 |
| 3FC93D | 19:42 | 05-02-03 | DEPOSIT ITS FUNDS | 2.00- | 20.58 |
| 000032 | 17:03 | 05-05-03 | SALE / REGULAR | 18.05- | 2.53 |
| 40220F | 19:25 | 05-06-03 | DEPOSIT ITS FUNDS | 2.00- | .53 |
| JUN03P | 9:03 | 06-02-03 | PERFORMANCE PAY | 21.60 | 22.13 |
| 41CC01 | 19:29 | 06-02-03 | DEPOSIT ITS FUNDS | 6.00- | 16.13 |
| 41E701 | 20:30 | 06-03-03 | DEPOSIT ITS FUNDS | 1.00- | 15.13 |
| 41FCAC | 20:26 | 06-04-03 | DEPOSIT ITS FUNDS | 6.00- | 9.13 |
| 420DC5 | 19:22 | 06-05-03 | DEPOSIT ITS FUNDS | 3.00- | 6.13 |
| 42B2E9 | 16:30 | 06-14-03 | DEPOSIT ITS FUNDS | 6.00- | .13 |
| JUL03P | 9:21 | 07-01-03 | PERFORMANCE PAY | 22.32 | 22.45 |
| 43AAF7 | 16:32 | 07-01-03 | DEPOSIT ITS FUNDS | 6.00- | 16.45 |
| 43B441 | 19:11 | 07-01-03 | DEPOSIT ITS FUNDS | 1.00- | 15.45 |
| 43F867 | 15:26 | 07-04-03 | DEPOSIT ITS FUNDS | 6.00- | 9.45 |
| 440589 | 6:25 | 07-05-03 | DEPOSIT ITS FUNDS | 3.00- | 6.45 |
| 442A95 | 20:58 | 07-06-03 | DEPOSIT ITS FUNDS | 3.00- | 3.45 |
| 446899 | 17:18 | 07-10-03 | DEPOSIT ITS FUNDS | 3.00- | .45 |
| AUG03P | 8:55 | 08-01-03 | PERFORMANCE PAY | 21.60 | 22.05 |
| 45BA21 | 17:11 | 08-01-03 | DEPOSIT ITS FUNDS | 7.00- | 15.05 |
| VR2973 | 8:34 | 08-11-03 | COMMISSARY FORM | 14.25- | .80 |
| SEP03P | 8:17 | 09-02-03 | PERFORMANCE PAY | 22.32 | 23.12 |
| 47F29C | 18:43 | 09-02-03 | DEPOSIT ITS FUNDS | 3.00- | 20.12 |
| 47F5E3 | 19:46 | 09-02-03 | DEPOSIT ITS FUNDS | 3.00- | 17.12 |
| 481CBF | 18:12 | 09-04-03 | DEPOSIT ITS FUNDS | 3.00- | 14.12 |
| 486054 | 20:00 | 09-07-03 | DEPOSIT ITS FUNDS | 4.00- | 10.12 |
| 48711A | 20:03 | 09-08-03 | DEPOSIT ITS FUNDS | 4.00- | 6.12 |
| 48FA8C | 19:21 | 09-16-03 | DEPOSIT ITS FUNDS | 1.00- | 5.12 |

**** TRANSACTION TOTAL ****                       4.69

| ENDING AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|
| 5.12 | .00 | .00 | .00 | 5.12 |