# CERTIFICATE OF SERVICE

I, Alexander Blanco Kitano, hereby certify that I have served a true and correct copy of the foregoing:
(1) Petition for Writ of Habeas Corpus (§2254); (2) Brief In Support; (3) Motion To Proceed In Forma Pauperis and Declaration In Support; (4) Affidavit and Exhibits; and (5) Certificate of Service.

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

United States District Court
In the District of Guam
4th Floor, U. S. Courthouse
520 West Soledad Avenue
Hagåtna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM
FEB 26 2004
MARY L. M. MORAN
CLERK OF COURT

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this 11th day of FEBRUARY, 2004.

Respectfully Submitted,

REG. NO. 80362-011

ORIGINAL